UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**ORIGINAL**

UNITED STATES OF AMERICA,

               Plaintiff,

-v-

MARY CALIFANO,

               Defendant.
_____/

Case Number: 05-73890
Claim Number: C99-04829
Honorable: Arthur J. Tarnow

FILED
DEC 19 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

RECEIVED
DEC - 2 2005
CLERK'S OFFICE
U.S. DISTRICT COURT

HOLZMAN RITTER & LEDUC PLLC
PAMELA S. RITTER (P47886)
Attorney for Plaintiff
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340
_____/

## STIPULATED ORDER OF CONSENT JUDGMENT
## WITH PARTIAL PAYMENT PROVISIONS

At a session of said Court, held in the City of Detroit, Wayne County, Michigan, on ___DEC 19 2005___

PRESENT: Hon. ___ARTHUR J. TARNOW___
                       U.S. District Court Judge

    It appearing to this court that the parties hereto have agreed to resolve the litigation pending between them, and they have stipulated to the entry of the within Consent Judgment With Partial Payment Provisions;

    And upon the Motion of PAMELA S. RITTER, attorney for the UNITED STATES OF AMERICA, Plaintiff herein;

    IT IS ORDERED that Judgment is hereby entered in favor of the UNITED STATES OF AMERICA, and against MARY CALIFANO, in the principal amount of $2,819.70, plus pre-

judgment interest from date of default to date of judgment, together with post-judgment interest pursuant to 28 U.S.C. 1087, plus Plaintiff's taxable cost of $0.00, and attorneys fees of $0.00.

IT IS FURTHER ORDERED that the Defendant herein, MARY CALIFANO, may satisfy said Judgment by making monthly payments of $65.00 beginning December 16, 2005. Payments are to continue until the full amount of the Judgment, including damages and post-judgment interest is paid in full. As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

Dated: DEC 19 2005

U.S. DISTRICT COURT JUDGE

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT

The parties hereby agree and stipulate to entry of the above Judgment in favor of the United States.

PAMELA S. RITTER (P47886)
Attorney for Plaintiff

MARY CALIFANO
Defendant